JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Allison.Reese@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN SALVADOR CONTRERAS,<br><br>Defendant. | Case No. 2:22-cr-00278-CDS-DJA<br><br>**STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE DEADLINE TO DEFENDANT'S [33] MOTION TO COMPEL UNITED STATES MARSHALS TO PROVIDE ADEQUATE MEDICAL CARE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for CHRISTIAN SALVADOR CONTRERAS, that the Government's deadline to file its response to Defendant's [33] Motion to Compel United States Marshals to Provide Adequate Medical Care, currently set for August 11, 2023, be continued to August 18, 2023.

This Stipulation is entered into for the following reasons:

1. The Government needs additional time to thoroughly research the issues and respond effectively.

1

2. Defense counsel agrees with the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the deadline.

DATED: August 10, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ *Allison Reese*
_____
ALLISON REESE
Assistant United States Attorney


RENE L. VALLADARES
Federal Public Defender

/s/ *Joy Chen*
_____
JOY CHEN
Assistant Federal Public Defender
Counsel for Defendant
CHRISTIAN SALVADOR
CONTRERAS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN SALVADOR CONTRERAS,<br><br>Defendant. | Case No. 2:22-cr-00278-CDS-DJA<br><br>**ORDER** |

IT IS ORDERED that the Government's deadline to file its response to Defendant's [33] Motion to Compel United States Marshals to Provide Adequate Medical Care, currently set for August 11, 2023, is reset to August 18, 2023.

DATED this 11th day of August, 2023.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3