# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00278-CDS-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| CHRISTIAN SALVADOR CONTRERAS, | |
| Defendant. | |

Presently before the Court is Assistant Federal Public Defenders LaRonda Martin and Joy Chen's Motion to Withdraw as Counsel and Request for Appointment of Conflict-Free Counsel (ECF No. 38), filed on August 11, 2023.  For the reasons stated in the motion, the motion is granted.

IT IS SO ORDERED.

IT IS FURTHER ORDERED the Court will appoint CJA Counsel in this case and directs the CJA Resources Team to assign a CJA Panel Attorney to represent Defendant.

DATED: August 14, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE