**TANASI LAW OFFICES**
RICHARD E. TANASI, ESQ.
Nevada State Bar No. 9699
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
p. (702) 906-2411
f. (866) 299-5274
rtanasi@tanasilaw.com

Attorney for Christian Salvador Contreras

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTIAN SALVADOR CONTRERAS,<br><br>  Defendant. | Case No. 2:22-cr-00278-CDS-DJA-1<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE [42] TO MOTION TO COMPEL [33]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Richard Tanasi, appointed counsel for Defendant Christian Salvador Contreras, that the defendant's deadline to file his Reply to Government's Response [42] to Motion to Compel United States Marshals to Provide Adequate Medical Care [33], currently set for October 6, 2023 [48], be continued to at least thirty (30) days.

This Stipulation is entered into for the following reasons:

1) Counsel Richard Tanasi was appointed to the case on August 15, 2023.

2) The government filed its Response on August 17, 2023.

3) The parties are attempting to resolve the issue presented.  To that end, the defense has engaged a dental expert, who requires a dental x-ray to evaluate the defendant's

medical/dental condition. The parties need time to explore the viability of an x-ray. As such, defense counsel requires additional time to file a Reply.

4) The defendant is incarcerated and does not object to this request.

5) The parties agree to the extension.

6) The additional time requested herein is not sought for purposes of delay.

DATED this 5th day of October 2023.

| TANASI LAW OFFICES | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ Richard Tanasi<br>RICHARD TANASI, ESQ.<br>Counsel for Defendant | By /s/ Alisson Reese<br>ALLISON REESE<br>Assistant United States Attorney |

/ / /

/ / /

/ / /

/ / /

/ / /

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN SALVADOR CONTRERAS,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00278-CDS-DJA-1<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing, IT IS THEREFORE ORDERED that the Defendant's deadline to file its Reply to Defendant's [33] Motion to Compel United States Marshals to Provide Adequate Medical Care, currently set for August October 6, 2023, is reset to November __6__, 2023.

DATED this __6th__ day of October 2023

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE